# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Petitioner,

      v.                      Case No. 14-2036

STEVEN C. KELSEY,

      Respondent.

## PETITION TO ENFORCE IRS SUMMONS

The United States of America, by and through undersigned counsel, petitions this Court for an order enforcing the Internal Revenue Service administrative summons served on the respondent, Steven C. Kelsey.  In support, the petitioner states:

1.  Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 & 7604(a) and by 28 U.S.C. §§ 1340 & 1345.

2.  The summoned person, Steven C. Kelsey, resides or may be found within the boundaries of this district.

3.  Brandi Robinson is a Revenue Officer of the Internal Revenue Service, employed in Small Business/Self-Employed Compliance Area 4, at 2850 N.E. Independence Avenue, Lee's Summit, MO 64064.

4.  Revenue Officer Robinson is conducting an examination/investigation for the purpose of determining the correct federal income tax liabilities of Steven C. Kelsey for

the periods ending December 31, 2005; December 31, 2006; December 31, 2007; and December 31, 2008.

5. In her capacity as an IRS Revenue Officer, Brandi Robinson is authorized to issue IRS summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Service Delegation Order No. 25-1.

6. Pursuant to the above-described investigation, on September 4, 2013, Revenue Officer Robinson issued an IRS administrative summons to Steven C. Kelsey directing him to appear before Revenue Officer Robinson on September 16, 2013, at 8:30 a.m., at the place identified in the summons. The summons directed Steven C. Kelsey to appear and to give testimony and produce for examination certain books, papers, records, or other data as described in the summons. A copy of the summons is attached to Exhibit A, which is the Declaration of Revenue Officer Robinson.

7. Revenue Officer Robinson served an attested copy of the summons by leaving it at the last and usual place of abode of the person to whom it was directed, Steven C. Kelsey.

8. Steven C. Kelsey failed to appear on September 16, 2013, and, to date, has failed to comply with the summons.

9. The testimony and documents described in the summons are not already in the possession of the IRS.

10.  All administrative steps required by the Internal Revenue Code for the issuance of the IRS summons have been followed.

11.  The testimony, books, records, papers, and/or other data sought by the summons may be relevant to the IRS's investigation.

12.  No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d)(2) with respect to Steven C. Kelsey for the years under investigation.

13.  In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code.  *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).

14.  The attached Declaration of Revenue Officer Robinson (Exhibit A) establishes the government's prima facie showing under *Powell*.

THEREFORE, the United States respectfully asks:

(a)  That this Court enter an order directing the respondent to show cause in writing, if any, why he should not comply with and obey the aforementioned IRS summons and every requirement thereof;

(b)  That this Court enter an order directing the respondent to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony,

3

and production required and called for by the terms of the summons, before Revenue

Officer Robinson, or any other proper officer or employee of the IRS, at such time and

place as may be set by Revenue Officer Robinson or any other proper officer or

employee of the IRS;

      (c)  That the United States recover its costs incurred in maintaining this

proceeding; and

      (d)  That the Court grant such other and further relief as the Court deems

proper or justice may require.

                    Respectfully submitted,

                    BARRY R. GRISSOM
                    United States Attorney

                    <u>s/ LEON PATTON</u>
                    LEON PATTON
                    Assistant United States Attorney
                    Ks. S. Ct. No. 11782
                    Kansas City, Kansas 66101
                    913-551-6730 (telephone)
                    913-551-6541 (facsimile)
                    Leon.Patton@usdoj.gov
                    ATTORNEYS FOR DEFENDANT
                        ELECTRONICALLY FILED

## REQUEST FOR PLACE OF TRIAL

The United States hereby requests that trial of the above-entitled matter be held in

Kansas City, Kansas.

s/ Leon Patton
Assistant United States Attorney

## UNITED STATES v. KELSEY

INDEX OF EXHIBITS TO
PETITION TO ENFORCE IRS SUMMONS

Exhibit A (Declaration of Brandi Robinson) ........................................................A2

Exhibit A, Attachment 1 (IRS Summons) ..................................................A5