# EXHIBIT A

Declaration of Brandi Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Petitioner,

v.

STEVEN C. KELSEY,

    Respondent.

### DECLARATION OF REVENUE OFFICER BRANDI ROBINSON

I, Brandi Robinson, declare:

    1. I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 4 of the Internal Revenue Service with a post of duty at 2850 N.E. Independence Avenue, Lee's Summit, MO 64064. Pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Service Delegation Order No. 25-1, I am authorized to issue administrative summonses.

    2. Except where noted to the contrary, I have personal knowledge of the matters set forth in this Declaration, and, if called upon to testify to such matters, could do so competently.

    3. In my capacity as a Revenue Officer, I am conducting an investigation for the purpose of determining the correct federal tax liabilities of Steven C. Kelsey for the years 2005, 2006, 2007, and 2008.

4. In furtherance of my investigation, I issued an IRS administrative summons to Steven C. Kelsey on September 4, 2013. The summons directed him to appear at 8:30 a.m. on September 16, 2013, to give testimony and produce for examination certain books, papers, records, or other data as described in the summons. A copy of the summons is attached hereto as Attachment 1.

5. In accordance with 26 U.S.C. § 7603, on September 4, 2013, I served an attested copy of the summons directed to Steven C. Kelsey by leaving it at the last and usual place of abode of the person to whom it was directed. A true and correct copy of the certificate of service is included as a part of Attachment 1.

6. The respondent failed to appear at the appointed time and, to date, has failed to comply with the summons.

7. The books, records, papers and other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. It is necessary to obtain the testimony and to examine the books, records, papers, and/or other data sought by the summons because they may be relevant in properly investigating the Federal tax liability of Steven C. Kelsey for the tax years 2005, 2006, 2007, and 2008.

9. As of the date that the summons was issued and served, and as of the day I signed this declaration, no recommendation for criminal prosecution of Steven C. Kelsey

has been made by the IRS to the U.S. Department of Justice. No Department of Justice referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Steven C. Kelsey for the years under investigation.

    10. All administrative steps required by the Internal Revenue Code for issuance of the summons have been followed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2014.

                                        _____
                                        BRANDI ROBINSON
                                        Revenue Officer
                                        Internal Revenue Service



# Summons

## Collection Information Statement

**In the matter of** STEVEN C KELSEY, 20708 W 63RD TER, SHAWNEE, KS 66218-9732
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 4 (24)
**Periods:** Form 1040 for the calendar periods ending December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008

### The Commissioner of Internal Revenue

**To:** STEVEN C KELSEY
**At:** 20708 W 63RD TER, SHAWNEE, KS 66218-9732

You are hereby summoned and required to appear before BRANDI ROBINSON OR DESIGNEE, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 09/01/2012 To 09/01/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

2850 NE INDEPENDENCE AVE, LEES SUMMIT, MO 64064 (816) 966-2431

**Place and time for appearance:** At 2850 NE INDEPENDENCE AVE, LEES SUMMIT, MO 64064

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 16th day of September, 2013 at 8:30 o'clock a m.

Issued under authority of the Internal Revenue Code this 4th day of September, 2013

BRANDI ROBINSON   */s/ Brandi Robinson*   REVENUE OFFICER
Signature of issuing officer                                Title

_____          _____
Signature of approving officer *(if applicable)*    Title

Original -- to be kept by IRS

A5



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 9/4/2013 | 10:54 am |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature: Branali Robinson   Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: Branali Robinson   Title: Revenue Officer

Catalog No. 25000Q

Form 6637 (Rev. 10-2010)

A6